# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1186
Lower Tribunal No. 2019-CA-3928

_____

NEW HOPE MINISTRIES, INC.,

Appellant,

v.

CHURCH MUTUAL INSURANCE COMPANY,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

SMITH, BROWNLEE and KAMOUTSAS, JJ., concur.


Jeremy D. Bailie, of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Karene L. Tygenhof and Dena B. Sacharow, of Akerman LLP, Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED